UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE POP,

    Plaintiff,

v.

BROOKFIELD CHRYSLER DODGE
JEEP, INC., et al.,

    Defendants.

_____/

Case No. 1:23-cv-1196

Hon. Robert J. Jonker

**ORDER**

For the reasons stated on the record at the Rule 16 Scheduling Conference held on February 21, 2024, Defendants Gregory Gunther and Anthony Turner's motion to dismiss under FED. R. CIV. P. 12(b)(6), (ECF No. 20), is **DENIED WITHOUT PREJUDICE**.

Dated: February 22, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE